Reconsideration granted in part December 20, 1991, to provide that the motion for disclosure of affiliation, disqualification, and remand is denied. In all other respects the motion for reconsideration is denied.

LEVIN, J. I would grant reconsideration and, on reconsideration, would grant leave to appeal.

HILL v KOKOSKY, No. 90550; reported below: 186 Mich App 300.

PEOPLE v HUGHEY, No. 90731; reported below: 186 Mich App 585. Reconsideration denied November 25, 1991.

LANG v LANG ELECTRIC COMPANY, INC, No. 90852; Court of Appeals No. 132940.

GRIFFIN, J. I would grant leave to appeal.

Reconsideration granted 439 Mich 957.

McBUCK WHOLESALE SUPPLY CO, INC v I & T, INC, No. 90853; Court of Appeals No. 133493.

PEOPLE v SCHULER, No. 90885; Court of Appeals No. 122194.

PEOPLE v ANTEAU, No. 90911; Court of Appeals No. 115982.

LEVIN, J. I would direct the appointment of counsel to file an application for leave to appeal with this Court.

MICHIGAN MICROTECH, INC v FEDERATED PUBLICATIONS, INC, No. 90920; reported below: 187 Mich App 178.

MICHIGAN STATE UNIVERSITY CLERICAL-TECHNICAL UNION v MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, No. 91298; reported below: 190 Mich App 300.

LEVIN, BRICKLEY, and BOYLE, JJ. We would grant leave to appeal.

Motion for reconsideration dismissed upon stipulation of the parties on February 10, 1992, with prejudice and without costs.

PEOPLE v POTTER, No. 91710; Court of Appeals No. 125180.

*Interlocutory Appeal*

*Leave to Appeal Denied September 24, 1991:*

STODDARD v MICHIGAN NATIONAL CORPORATION, No. 90454; Court of Appeals No. 112892.

LEVIN, BRICKLEY, and MALLETT, JJ. We would grant leave to appeal.